UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARETHA CROSSON, individually and as the representative of a class of similarly situated persons,<br><br>Plaintiff,<br><br>– against –<br><br>THE VERMONT TEDDY BEAR CO., INC. d/b/a Pajamagram,<br><br>Defendants. | ECF Case<br><br>1:21-cv-6925-AMD-VMS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Aretha Crosson and defendant The Vermont Teddy Bear Co., Inc. (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs or attorney fees to any Party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may

ACTIVE\53784909.v1

be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: Brooklyn, New York
       March 29, 2022

SHAKED LAW GROUP, P.C.

By: _____
    Dan Shaked, Esq.

14 Harwood Court, Suite 415
Scarsdale, New York 10583

Telephone: (917) 373-9128

Email: shakedlawgroup@gmail.com
*Attorneys for Plaintiff*

BARCLAY DAMON LLP

By: _____
    Ross M. Greenky, Esq.
    Barclay Damon Tower
    125 East Jefferson Street
    Syracuse, NY 13202
    Telephone: (315) 425-2702
    Email: rgreenky@barclaydamon.com
    *Attorneys for Defendant*

SO ORDERED: s/Ann M. Donnelly
            _____